**Order entered July 15, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-14-01329-CV

---

**ALBERT LUTTERODT, Appellant**

**V.**

**EMILY LANE OWNERS ASSOCIATION, INC., ENVISION REALTY GROUP, LLC, AND JACKSON POTTER, Appellees**

---

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12648-G**

---

## ORDER

Before the court are appellant's motion for extension of time to file a motion for rehearing and "motion to review the clerk's audio recordings of oral arguments." We **GRANT** both motions. Appellant shall file any motion for rehearing no later than August 1, 2016.

/s/     CRAIG STODDART
          JUSTICE